# MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.

COUNSEL
ROBERT J. McGUIRE
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.magislaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9500

BARBARA L. BALTER
CHRISTOPHER A. BOTSMAN*
KATHRYN JONES CALONE
HALEY B. FABRICANT
DIANE FERRONE
BENJAMIN S. FISCHER
ADAM C. FORD
NOAH D. GENEL
RENÉE L. JARUSINSKY
STEPHEN M. JURIS
THOMAS M. KEANE
PHILIP LEE
DAVID W. OAKLAND
MICHAEL H. PINE
DANIEL L. RASHBAUM
ANDREW J. SCHELL
JAMES R. STOVALL
RICHARD C. TARLOWE
AMY M. TULLY
KEFIRA R. WILDERMAN

*ADMITTED ONLY IN ENGLAND, WALES & AUSTRALIA

July 14, 2005

**VIA FACSIMILE & U.S. MAIL**

The Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
1024 Federal Plaza
New York, New York 11722

      Re:    United States v. Valerie Amsterdam
               04 CR 384 (ADS)

Dear Judge Spatt:

      I write to call the Court's attention to information pertinent to Ms. Amsterdam's upcoming sentencing. We have been in communication with the Honorable Pierre N. Leval of the Court of Appeals for the Second Circuit and with Chief Judge Michael B. Mukasey and the Honorable Sidney H. Stein of the District Court for the Southern District of New York. It is my understanding that Canon 2B of the Code of Conduct for United States Judges prohibits judges from providing information to a sentencing court unless the information is provided in response to a request from the sentencing court. Judges Leval, Mukasey and Stein have all indicated their willingness to provide information regarding Ms. Amsterdam to the Court if the Court so requests. I raise this issue because I believe that the input of the judges would be useful to the Court in making a sentencing determination. If your Honor agrees that this information would be useful, I would be happy to communicate your request to these judges.

Thank you for your consideration of this matter.

Very truly yours,

Elkan Abramowitz

cc:  Clerk of the Court
     Allen Bode, Esq.
     Cynthia Monaco, Esq.